| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF CONNECTICUT |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **NEOPS Holdings, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **80-0809456** |
| **4.** | **Debtor's address** | **Principal place of business** **16 Commercial Street** **Branford, CT 06405** Number, Street, City, State & ZIP Code  **New Haven** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **NEOPS.net** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **NEOPS Holdings, LLC**_____  Case number (*if known*)_____
        Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

Debtor  **See Attachment** _____   Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor **NEOPS Holdings, LLC** _____ Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **NEOPS Holdings, LLC** _____ Case number (_if known_) _____
     Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 11, 2017**
               MM / DD / YYYY

**X**  **/s/ David Mahler**               **David Mahler**
    Signature of authorized representative of debtor     Printed name

Title   **President and CEO**

**18. Signature of attorney**

**X**  **/s/ James Berman**               Date  **July 11, 2017**
    Signature of attorney for debtor               MM / DD / YYYY

**James Berman**
Printed name

**Zeisler & Zeisler, P.C.**
Firm name

**10 Middle Street, 15th Floor**
**P.O. Box 1220**
**Bridgeport, CT 06604**
Number, Street, City, State & ZIP Code

Contact phone  **(203) 368-4234**     Email address _____

**ct06027**
Bar number and State

Debtor **NEOPS Holdings, LLC**
Name

Case number (*if known*)

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF CONNECTICUT

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Bergman Orthotics & Prosthetic, LLC** | | Relationship to you | **Indirect subsidiary** |
| District | **Connecticut** | When | Case number, if known | |
| Debtor | **Carlow Orthopedic & Prosthetic Inc.** | | Relationship to you | **Indirect subsidiary** |
| District | **Connecticut** | When | Case number, if known | |
| Debtor | **New England O&P New York, Inc.** | | Relationship to you | **Wholly owned subsidiary** |
| District | **Connecticut** | When | Case number, if known | |
| Debtor | **New England Orthotic and Prosthetic Systems, LLC** | | Relationship to you | **Wholly owned subsidiary** |
| District | **Connecticut** | When | Case number, if known | |
| Debtor | **Spinal Orthotic Systems, LLC** | | Relationship to you | **Indirect subsidiary** |
| District | **Connecticut** | When | Case number, if known | |

# NEOPS HOLDINGS, LLC

## RESOLUTION OF THE BOARD OF MANAGERS

At duly noticed meeting of the Board of Managers of NEOPS Holdings, LLC, a Delaware limited liability company (the "Company"), the Board of Managers approved the following resolutions:

**RESOLVED,** that the Company (i) file a voluntary petition for reorganization pursuant to Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"), (ii) if the circumstance arises prior to filing such a petition making necessary or convenient (a) consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (b) consent to the entry of an order for relief and convert an involuntarily commenced Chapter 7 case to a case under Chapter 11 and (iii) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

**FURTHER RESOLVED**, that David B. Mahler, the President and Chief Executive Officer of the Company (hereinafter "Officer" shall be, and hereby is, authorized and empowered to execute and deliver or cause to be filed, on behalf of the Company, (i) the voluntary petition of the Company pursuant to Chapter 11 of the Bankruptcy Code, (ii) the consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, (iii) the consent to the entry of an order for relief and conversion of an involuntarily commenced Chapter 7 case to a case under Chapter 11, or (iv) any and all other documents necessary or appropriate in connection therewith in such form or forms as the Officer so acting may approve;

**FURTHER RESOLVED**, that the Officer shall be, and hereby is, authorized and empowered to execute and deliver for and on behalf of the Company, as Debtor and Debtor in possession, such agreements, instruments and any and all other documents necessary or appropriate to facilitate the use of cash collateral under 11 U.S.C. § 363 or debtor-in-possession financing under 11 U.S.C. § 364 (the "Financing Documents") and that Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Officer so acting hereby are approved;

**FURTHER RESOLVED**, that the law firm of Zeisler & Zeisler, P.C. shall be, and it hereby is, authorized and empowered to represent the Company, as Debtor and Debtor in possession, in connection with any case commenced by or against it under the Bankruptcy Code;

**FURTHER RESOLVED**, that the Officer shall be, and hereby is, authorized and empowered to retain, on behalf of the Company, attorneys, financial advisors and accountants as the Officer so acting shall deem appropriate in his judgment;

**FURTHER RESOLVED**, that the Officer shall be, and hereby is, authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents and to pay all such fees and expenses, as the Officer

so acting shall deem appropriate in his judgment to fully carry out the intent and accomplish the purposes of the resolutions set forth in this Consent;

**FURTHER RESOLVED**, the resolutions set forth in this Consent do not conflict with any order of any court or bylaw or regulation of the Company nor have such resolutions been in any way altered, amended or repealed and are in full force and effect, unrevoked and un-rescinded as of this date;

**FURTHER RESOLVED**, that all of the acts and transactions of any one or more of the members of the Board of Managers of the Company, which have been taken, caused to have been taken or made prior to the effective date of this Consent in connection with the matters set forth in this Consent, are hereby ratified, confirmed and approved; and

**FURTHER RESOLVED**, that this Consent may be executed in counterparts, and the signature page hereto may be delivered by facsimile or electronic transmission, each of which shall be deemed an original and all of which, taken together, shall constitute one and the same instrument.

[*Signature page follows.*]

**IN WITNESS WHEREOF**, the undersigned, President and Chief Executive and a Member of the Board of Managers of the Company, has caused this instrument to be signed this 10th day of July 2017.

_____
David Mahler

Fill in this information to identify the case:

Debtor name: **NEOPS Holdings, LLC**
United States Bankruptcy Court for the: **DISTRICT OF CONNECTICUT**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **F.N.B. Captial Partners, L.P. Attn: Matthew Harnett 6031 Wallace Road Ext Suite 201 Wexford, PA 15090** | **Matthew Harnett**  mharnett@tecum.com  **724-602-4388** | | | | | **$1.00** |

# United States Bankruptcy Court
**District of Connecticut**

In re  **NEOPS Holdings, LLC**
Debtor(s)

Case No.
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **July 11, 2017**

**/s/ David Mahler**
**David Mahler**/**President and CEO**
Signer/Title

```
State of CT
Dept of Revenue Services
C&E Div, Bankruptcy Section
25 Sigourney St.
Hartford, CT 06106


Internal Revenue Service
Centralized Insolvency operation
P.O. Box 7346
Philadelphia, PA 19101-7346


U.S. Department of Justice
Attn: Jeff Sessions, Attorney
950 Pennsylvania Avenue, NW
Washington, DC 20530


US Attorney's Office,New Haven
Attn: Christine Sciarrino, Esq
Assistant US Attorney
57 Church Street, Floor 25
New Haven, CT 06510


F.N.B. Captial Partners, L.P.
Attn: Matthew Harnett
6031 Wallace Road Ext
Suite 201
Wexford, PA 15090


Key Bank
Attn: Pres, GP or Mang Membr
726 Exchange Street
Suite 900
Buffalo, NY 14210


McGuireWoods, LLP
Attn: Mark A. Kromkowski, Esq.
77 West Wacker Drive
Suite 410
Chicago, IL 60601
```