# EXHIBIT A

**NEOPS**
*Weekly Projected Cash Flow*  **Ch 11 CASH FLOW STATEMENT**
11-Jul  thru  5-Aug
*The accompanying assumptions are an integral part of the cash flow projections.*

| | WEEK ----> | 1 | 2 | 3 | 4 | Total | |
|---|---|---|---|---|---|---|---|
| | WEEK ENDED----> | *15-Jul* | *22-Jul* | *29-Jul* | *5-Aug* | | |
| **Sales** | | | | | | | |
| | Sales before Adjustments | 307,185 | 427,977 | 852,740 | 305,453 | 1,893,355 | Forecast company sales |
| | Net Adjustments - 5% | (15,359) | (21,399) | (42,637) | (15,273) | (94,668) | Estimated contractual adjustments |
| | Bad debt reserve - 5% | (15,359) | (21,399) | (42,637) | (15,273) | (94,668) | Estimated Bad Debt |
| | Healthfirst Sales | (3,000) | (3,000) | (3,000) | (3,000) | (12,000) | Estimated healthfirst sales |
| | **Total    Sales** | **273,466** | **382,179** | **764,466** | **271,908** | **1,692,020** | |
| **Beginning Cash** | | *292,088* | *190,999* | *312,859* | *161,764* | *292,088* | Bank balance at 7/10/17 with credit for "early ACH credits" less outgoing wires prior to filing |
| **Cash Receipts** | | 343,343 | 323,082 | 273,336 | 363,118 | 1,302,878 | Forecast collections (includes pre-petition sales) |
| **Operating Disbursements** | | | | | | | |
| | Payroll & Taxes | 265,000 | 10,000 | 265,000 | 10,000 | 550,000 | |
| | Health Insurance, Co Insurance | - | 26,790 | - | 88,000 | 114,790 | Corporate insurance payment plan, August employee benefits |
| | American Express | - | - | - | - | - | |
| | Inventory / Materials | 134,432 | 134,432 | 134,432 | 134,379 | 537,674 | 33% of assumed monthly sales evenly spread over weeks |
| | Rent / Utilities | - | - | - | 150,000 | 150,000 | August rent & utilities |
| | T&E | 25,000 | 10,000 | 5,000 | 15,000 | 55,000 | NEOPS monthly T&E runs approximately $40k |
| | Refunds | - | - | - | 10,000 | 10,000 | Customer refunds cleared in July would be paid in early August, approximately $10k/month |
| | Other Disbursements | 20,000 | 20,000 | 20,000 | 20,000 | 80,000 | Other disbursements includes: temporary employees, cleaning, postage/shipping, marketing, legal exp |
| | **Total    Operating Disbursements** | **444,432** | **201,222** | **424,432** | **427,379** | **1,497,464** | |
| | **Operating Cash Flow** | **(101,089)** | **121,860** | **######** | **(64,261)** | **(194,586)** | |
| **Other (Sources)/Uses** | | | | | | | |
| | Key Loan Interest | - | - | - | - | - | |
| | Term Loan - KEY | - | - | - | - | - | |
| | FNB Interest | - | - | - | - | - | |
| | TERM Loan - FNB | - | - | - | - | - | |
| | Epstein Interest | - | - | - | - | - | |
| | Restructuring | - | - | - | - | - | Restructuring legal/professional expenses to be approved by court |
| | **Total    Other (Sources)/Uses** | **-** | **-** | **-** | **-** | **-** | |
| | **Net Cash Flow** | **(101,089)** | **121,860** | **######** | **(64,261)** | **(194,586)** | |
| **Draw Down** | | - | - | - | - | - | Forecast required drawdown of DIP loan |
| **Ending Cash** | | *190,999* | *312,859* | *161,764* | *97,502* | *97,502* | |
| **DIP Balance** | ###### | - | - | - | - | - | Resulting DIP loan balance |
| **Professional Retainers** | | | | | | | |
| | Zeisler & Zeisler | 85,219 | 85,219 | 85,219 | 85,219 | 85,219 | |
| | CR3 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | |
| | Creditor Committee | - | - | - | - | - | |
| | US Trustee | - | - | - | - | - | |
| | | | 160,219 | 160,219 | 160,219 | 160,219 | |
| **Professional Fees (incurred)** | | | | | | | |
| | Zeisler & Zeisler | | 25,000 | 25,000 | 25,000 | 20,000 | |
| | CR3 | | 33,500 | 33,500 | 20,500 | 20,500 | |
| | Creditor Committee | | 4,000 | 4,000 | 3,000 | 3,000 | |
| | US Trustee | | - | - | - | - | |
| | | | 62,500 | 62,500 | 48,500 | 43,500 | |
| **Professional Payments** | | | | | | | |
| | Zeisler & Zeisler | | - | - | - | - | |
| | CR3 | | - | - | - | - | |
| | Creditor Committee | | - | - | - | - | |
| | US Trustee | | - | - | - | - | |
| | Total Professional Payments | | **-** | **-** | **-** | **-** | |