**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

-------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| NEOPS HOLDINGS, LLC | : | CASE NO. 17-31017 |
| | : | |
| NEW ENGLAND ORTHOTIC & PROSTHETIC SYSTEMS, LLC | : | CASE NO. 17-31018 |
| | : | |
| NEW ENGLAND O&P NEW YORK, INC. | : | CASE NO. 17-31019 |
| | : | |
| BERGMAN ORTHOTICS & PROSTHETIC, LLC | : | CASE NO. 17-31020 |
| | : | |
| SPINAL ORTHOTIC SYSTEMS, LLC | : | CASE NO. 17-31021 |
| | : | |
| CARLOW ORTHOPEDIC & PROSTHETIC, INC. | : | CASE NO. 17-31022 |
| | : | |
| Debtors | : | ECF No. 5 |

-------------------------------------------------------X

**ORDER PRESCRIBING NOTICE OF**
**AND SCHEDULING HEARINGS ON FIRST DAY MOTIONS**

The Ex Parte Motion for Order to Shorten and Prescribe Notice (the "Motion to Prescribe") having been considered, it is hereby

ORDERED that the Motion to Prescribe, ECF No. 5, is GRANTED that the hearing on the Motions, as provided in the Motion to Prescribe, is hereby scheduled on Wednesday, July 12, 2017 at 3:30 p.m. at the U.S. Bankruptcy Court, Connecticut Financial Center, 157 Church Street, 18th Floor, New Haven, Connecticut, and it is further

ORDERED that on or before July 11, 2017 the Debtor is directed to serve a copy of the Motions and proposed orders and a copy of this Order on all parties-in-interest requesting notice of hearings in this case, those creditors with an interest in the Debtor's cash collateral, the Office of the United States Trustee, the Debtor, and the twenty largest unsecured creditors by overnight mail,

facsimile transmission, or electronic mail, such that the parties would receive the notice no later than July 12 at 10:00 a.m.

Dated on this 11th day of July, 2017, at New Haven, Connecticut.

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut