# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## NEW HAVEN DIVISION

-------------------------------------------------------
| | |
|---|---|
| In re: | CHAPTER 11 |
| | |
| NEOPS HOLDINGS, LLC, | CASE NO. 17-31017 |
| NEW ENGLAND ORTHOTIC & | CASE NO. 17-31018 |
|   PROSTHETIC SYSTEMS, LLC, | |
| NEW ENGLAND O&P NEW YORK, INC., | CASE NO. 17-31019 |
| BERGMAN ORTHOTICS | CASE NO. 17-31020 |
|   & PROSTHETIC, LLC, | |
| SPINAL ORTHOTIC SYSTEMS, LLC, | CASE NO. 17-31021 |
| AND CARLOW ORTHOPEDIC | CASE NO. 17-31022 |
|   & PROSTHETIC, INC. | |
| | Jointly Administered under |
|                            Debtors | CASE NO. 17-31017 |

-------------------------------------------------------

## APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the following creditors of the above-captioned debtors, which creditors are among the largest unsecured claimants and have indicated a willingness to serve, are appointed to the committee of unsecured creditors:

SOUTHERN PROSTHETIC SUPPLY, INC
c/o Chuck Talley, Vice President of Finance
6025 Shiloh Road, Suite A
Alpharetta, GA 30005
Telephone:  (512) 777-3952
Email: ctalley@hanger.com

CASCADE ORTHOPEDIC SUPPLY, INC.
c/o Kimberly M. Wagenman, Credit and Collections Manager
2638 Aztec Drive
Chico, CA 95928-8249
Telephone:  (530) 762-1505
Email:  kwagenman@cascade-usa.com

OTTO BOCK HEALTHCARE, LP
c/o Kathy Schuerman, Vice President of Finance
11501 Alterra Parkway, Suite 600
Austin, TX 78758
Telephone:  (512) 806-2660
Email:  al.li@ottobock.com

|  |  |
|---|---|
| Dated: July 21, 2017<br>New Haven, Connecticut | Respectfully submitted,<br><br>WILLIAM K. HARRINGTON<br>UNITED STATES TRUSTEE FOR REGION 2 |
| By: | /s/ *Kim L. McCabe*<br>Kim L. McCabe ct 23661<br>Assistant United States Trustee<br>Office of the United States Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT  06510<br>Telephone: (203)773-2210<br>Email: Kim.McCabe@usdoj.gov |