## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## <u>NEW HAVEN DIVISION</u>

| | | |
|---|---|---|
| _____ ) | | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| NEOPS HOLDINGS, LLC, *et al.*, | ) | Case No. 17-31017 |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| _____) | | |

## REQUEST TO APPEAR BY TELEPHONE

The undersigned counsel to the Official Committee of Unsecured Creditors (the

"Committee"), Charleen E. Merced Agosto, of NEOPS Holdings, LLC, *et al* (the "Debtors"),

hereby requests approval to appear at the hearings scheduled for August 4, 2017, in the above-

referenced cases. The Committee and the Debtors have, in principle, agreed to the further

continuance of the hearing on the *Motion to Approve Orders Authorizing Use of Cash Collateral*

*and Borrowing Pursuant to 11 U.S.C. Section 105, 363(b)(1), 363(c), and 364(d) with Priority*

*Over Administrative Expenses and Secured by Liens on Property of the* Estate (the "Motion"),

and so the Committee does not expect a contested hearing on the Motion, at least for the August

4, 2017 hearing.

Dated at Bridgeport, Connecticut, this 4th day of August, 2017.

/s/ Charleen E. Merced Agosto
Charleen E. Merced Agosto, Esq. (ct 28137)
Camacho, Merced & Pol, LLC
1057 Broad Street, Third Floor
Bridgeport, CT  06604
Email: cmerced@jpollaw.com
Tel: (203)  339-0050
Fax: (203) 339-0044